IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANKLIN SHANE SIMMS**            **PLAINTIFF**

v.          Case No. 4:22-cv-955-JM

**CENTRAL INTELLIGENCE AGENCEY,** *et al.*           **DEFENDANTS**

**ORDER**

Plaintiff Franklin Shane Simms's motion to proceed *in forma pauperis* is granted.[1] He reports living on social security disability income.[2] The law requires that I screen the Complaint.[3]

Mr. Simms sued the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Wells Fargo Bank, Wells Fargo Credit Card Company, Capitol One Credit Card Company, and Bank of America contending that he has been subjected to cruel and unusual treatment.[4] Specifically Mr. Simms says the CIA and FBI have intentionally instructed banks to arbitrarily change his checking and credit card account balances in hopes that he "runs out of money."[5] He further states that the CIA has spread nude photos of him through "computer string machine[s]."[6] An action is frivolous if its allegations are "fanciful . . . fantastic or delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory."[7] A "finding of frivolousness is appropriate when the facts alleged rise to the level of the

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mtn. for Leave to Proceed IFP, Doc. 1.

[3] 28 U.S.C. § 1915(e)(2).

[4] Complaint, Doc. 2.

[5] *Id*. at 7-8.

[6] *Id*.

[7] *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989).

irrational or the wholly incredible."[8] Mr. Simms's claims fall into this category. Accordingly, his complaint will be dismissed without prejudice.

    IT IS THEREFORE ORDERED that:

    1.    Mr. Simms's motion to proceed *in forma pauperis* (Doc. 1) is GRANTED.

    2.    The Complaint (Doc. 2) is DISMISSED without prejudice.

    3.    The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[9]

    Dated, this 11th day of October, 2022.

                                                               UNITED STATES DISTRICT JUDGE

---

[8] *Denton*, 504 U.S. at 33.

[9] 28 U.S.C. § 1915(a)(3).