IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANKLIN SHANE SIMMS**                                                                **PLAINTIFF**

v.                                    **Case No. 4:22-cv-955-JM**

**CENTRAL INTELLIGENCE AGENCEY**, *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE